UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLA SPICE DESIGNS, LLC.                      CIVIL ACTION

VERSUS                                         NO: 12-2515

HAYDEL ENTERPRISES, INC.                       SECTION: "J" (2)
d/b/a HAYDEL'S BAKERY

### ORDER

Considering Nola Spice Designs, LLC's **Ex Parte Motion for Leave to File Reply (Rec. Doc. 121)**,

**IT IS ORDERED** that the motion is **DENIED AS MOOT.**

New Orleans, Louisiana this 20th day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE