```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


NOLA SPICE DESIGNS, LLC                         CIVIL ACTION


VERSUS                                          NO: 12-2515


HAYDEL ENTERPRISES, INC                         SECTION: "J"(2)
d/b/a HAYDEL'S BAKERY
```

### **FINAL JUDGMENT**

The Court, having ruled on various motions of the parties (Rec. Docs. 105, 106, 114), and having decided and adjudged all claims asserted by Plaintiff Nola Spice Designs, LLC, ("Nola Spice") as well as all counterclaims asserted by Defendant Haydel Enterprises d/b/a Haydel's Bakery ("Haydel's"), hereby issues the following final judgment:

**IT IS ORDERED, ADJUDGED, AND DECREED** that

1. Nola Spice is not infringing on Haydel's Trademark Number 3717416, which is a design mark over the shape of a bead dog;

2. Nola Spice Designs, LLC is not infringing on Haydel's Trademark Number 3694698, which is a word mark over the

phrase "MARDI GRAS BEAD DOG";

3. Trademark Number 3717416 and Trademark Number 3694698 shall be immediately cancelled by the United States Patent and Trademark Office and shall no longer be given trademark protection;

4. There be judgment in favor of defendant Haydel and against plaintiff Nola Spice, dismissing with prejudice Count III of Nola Spice's complaint, wherein Nola Spice demanded damages for unfair trade practices under Louisiana R.S. § 51:1405 *et seq.*;

5. There be judgment in favor of counter-defendant Nola Spice and Third Party Defendant Raquel Duarte, and against counter-plaintiff Haydel's, dismissing all of Haydel's claims and counterclaims with prejudice;

6. Haydel shall pay $31,004.65 in attorney's fees to Nola Spice Designs, LLC.; and

7. Haydel shall pay all costs of this matter.

New Orleans, Louisiana this 25th day of September, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE